# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MATTHEWS MARINE, INC., AS OWNER AND OPERATOR OF THE M/V ANNABELLA FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO: 1:07cv01249<br><br>JUDGE: Louis Guirola, Jr.<br><br>MAGISTRATE: Robert H. Walker |

## ENTRY OF DEFAULT

Having considered the Motion for Entry of Default and supporting Affidavit of counsel for Petitioner, Matthews Marine, Inc., and having reviewed same, default is hereby entered against all persons and/or entities claiming damages for any losses, damage, injury or obstruction occasioned by or resulting from or consequent upon the incident described in the Complaint, occurring on or about June 14, 2007, or in anyway arising out of or in connection with the voyage on which the M/V ANNABELLA was engaged at the time of such incident, who have not heretofore filed and served on counsel for Petitioner their claims and answers herein or secured an Order for Extension of Time to file and serve their claims and answers, on or before January 14, 2008, and said persons and/or entities are barred from filing and serving any claims in this action.

**IT IS THEREFORE ORDERDED AND ADJUDGED** that the Motion for Entry of Default [41] is **GRANTED**.  Default is hereby entered against all persons and/or entities claiming damages  who have not heretofore filed and served their claims and answers on counsel for Petitioner.

**SO ORDERED AND ADJUDGED** this the 16th day of April, 2008.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE