IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § <br> OF MATTHEWS MARINE, INC. AS § <br> OWNER AND OPERATOR OF THE M/V § <br> ANNABELLA FOR EXONERATION § <br> FROM OR LIMITATION OF LIABILITY § | CAUSE NO. 1:07CV1249 LG-RHW |

## JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Matthews Marine, Inc.  The Court, after a full review and consideration of the Plaintiff's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Plaintiff pursuant to FED. R. CIV. P. 56.

**IT IS FURTHER ORDERED AND ADJUDGED** that Matthews Marine, Inc., owner of the M/V ANNABELLA, and the said vessel and her proceeds are forever exempt from any liability to the Claimants, in every form of proceeding and in every jurisdiction, and such claim is held invalid and is disallowed.  This matter is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 5th day of June, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE